IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DARYL R. JACKSON,

    Plaintiff,

v.                                                        CASE NO. 1:08-cv-00127-MP-AK

MICHAEL J. ASTRUE,

    Defendant.

_____/

## **O R D E R**

    This matter is before the Court on Doc. 12, Motion to Extend Time, filed by Defendant.

Defendant requests a thirty-day extension to file its response to Plaintiff's memorandum.

Plaintiff is unopposed to the motion. Upon consideration, the motion at Doc. 12 is GRANTED.

Defendant has until 5:00 p.m. on Wednesday, January 7, 2009, to file its response.

    **DONE AND ORDERED** this  <u>9th</u> day of December, 2008

<u>     *s/Maurice M. Paul*     </u>
Maurice M. Paul, Senior District Judge