IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DARYL R JACKSON,

    Plaintiff,

v.                                                      CASE NO. 1:08-cv-00127-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Report and Recommendation, Doc. 16, regarding the Complaint filed by Daryl R Jackson, Doc. 1. The Magistrate has recommended the decision of the Commissioner denying benefits be affirmed. No party has objected, and the time for doing so has passed. Finding no plain error, it is

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 16, is ADOPTED and incorporated herein.

    2.    The decision of the Commissioner denying benefits is AFFIRMED.

    **DONE AND ORDERED** this   *10th* day of December, 2009

                                  *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge